**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 11, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00103-CR

---

**RENE DAVILA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 13CR2997**

---

### MEMORANDUM  OPINION

Appellant Rene Davila has signed and filed a written request to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request and order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.
Do Not Publish – Tex. R. App. P. 47.2(b)